# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-80364  
**Case Name:** PERE MARQUETTE GARAGE, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (330780) Andrew S. Erickson  
**Date Filed (f) or Converted (c):** 12/06/2018 (c)  
**§ 341(a) Meeting Date:** 04/16/2018  
**Claims Bar Date:** 07/15/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Adversary case against Gary Matthews (See asset in GEM Case) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Adversary case against Gary Matthews (see asset in GEM Case) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | **Assets Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TIR 3-31-22: See Report lead case in jointly administered case, GEM HOSPITALITY, LLC case 18-80361

**Initial Projected Date Of Final Report (TFR):** 03/17/2021  
**Current Projected Date Of Final Report (TFR):** 12/15/2022

05/12/2022  
Date

/s/Andrew S. Erickson  
Andrew S. Erickson